# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CHARLES H. VIAN 197267,

    Petitioner,

v.

D.O.C. (Department of Corrections); MR. HEPP, Warden; CARRIE TAYLOR, D. Warden; JODY DAUGHERTY, ICE; TAMMY MAASSEN, HSU Manager; KENNETH ADLER, Doctor; DEBRA TIDQUIST, N.P.; SHARON ZUNKER, Medical Head; KAREN GOURLIE, CCE; CARLA THOMPSPN, Nurse; LEE STACY, Nurse; BETTY PETERSON, Nurse; and GREG MEIER, Nurse,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-569-SLc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

JOEL TURNER

**Joel Turner, Acting Clerk**

**/s/ M. Hardin**

**by Deputy Clerk**

_____10/31/08_____
Date